## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,    )

           Plaintiff,    )

                    )        **8:01CR174**

      vs.           )

                    )        **ORDER**

KAREEM ROBINSON,    )

          Defendant.    )

Defendant Kareem Robinson appeared before the court on Friday, May 13, 2005 on a Petition for Warrant or Summons for  Offender Under Supervision [115].  The defendant  was represented by Assistant Federal Public Defender Jessica L. Milburn  and the United States was represented by Assistant U.S. Attorney Russell X. Mayer.  Through his counsel, the defendant waived his right to a probable cause hearing on the Report pursuant to Fed. R. Crim. P. 32.1(a)(1).  The government moved for detention.  Through counsel, the defendant requested a detention hearing.  The defendant hearing was set for May 18, 2005.   Counsel for the defendant informed the court that due to some complications, the hearing needed to be cancelled.   Since it is the defendant's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that he is neither a flight risk nor a danger to the community, the court finds the defendant has failed to carry his burden and that he should be detained pending a dispositional hearing before Judge Bataillon.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Bataillon.

**IT IS ORDERED**:

1.      A final dispositional hearing will be held before  Judge Joseph F. Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at  8:30 a.m. on June 1, 2005.**  Defendant must be present in person.

2       The defendant, Kareem Robinson, is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3.      The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4.      Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 27th day of March, 2005.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge