IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:01cr174 |
| ) | |
| v. ) | |
| ) | |
| KAREEM LAKOTA ROBINSON, ) | ORDER |
| ) | |
| Defendants. ) | |
| ) | |

The Clerk's Office has requested that Document Number 122 be stricken from the record for the following reason:

- Incorrect/Incomplete PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 122 from the record.

DATED this 1st day of June, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge