Prob 12B
(7/93)

# UNITED STATES DISTRICT COURT

for the

### District of Nebraska

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 OCT 24 PM 3:55

OFFICE OF THE CLERK

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:**    Kareem Lakota Robinson    Docket Number: 8:01CR00174

**Sentencing Judge:**    The Honorable Joseph F. Bataillon
Chief United States District Judge

**Date of Original Sentence:**    August 1, 2002

**Original Offense:**    Voluntary Manslaughter - [18 USC 1153, 1112, and 2]

**Original Sentence:**    42 months custody; three years supervised release

**Type of Supervision:**    Supervised Release

**Date Supervision Commenced:** Release Date - November 7, 2005

---

### PETITIONING THE COURT

___   To extend the term of supervision for _____, for a total term of _____.

XX   To modify the conditions of supervision as follows:

The defendant shall enter and participate in a community confinement program, in the community correction's component with work release for a period of 120 days or until discharged by the United States Probation Office pursuant to 18 U.S.S.G. 3563(b)(11).

### CAUSE

Mr. Robinson has requested a public law placement to transition to an environment away from Macy, Nebraska. He would like to establish a residence and stability away from the reservation.

Respectfully submitted,

John A. Hill, Supervising
U.S. Probation Officer

Reviewed by,

David E. Goering, Supervising
Supervising U.S. Probation Officer

Date: October 18, 2005

**ROBINSON, Kareem**
**8:01CR00174**
**Modification of Conditions of Supervision**

THE COURT ORDERS

___ No Action

___ The Extension of Supervision as noted above

_X_ The Modification of Conditions as noted above

___ Other

_____
The Honorable Joseph F. Bataillon
Chief United States District Judge

10/24/05
Date

Prob 49
(Rev. 12/00)

# United States District Court

### District of Nebraska

## Waiver of Hearing to Modify Conditions of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervision. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following additional conditions:

**The defendant shall enter and participate in a community confinement program, in the community correction's component with work release for a period of 120 days or until discharged by the United States Probation Office pursuant to 18 U.S.S.G. 3563(b)(11).**

Witness: _____   Signed: _____
Title: Case Manager                              Offender: Kareem Robinson

Date: _____

