Prob 12B
(7/93)

UNITED STATES DISTRICT COURT

for the

District of Nebraska

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

MAR 0 6 2006

OFFICE OF THE CLERK

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:  Kareem Lakota Robinson          Docket Number: 8:01CR00174

Sentencing Judge:  The Honorable Joseph F. Bataillon
                   Chief United States District Judge

Date of Original Sentence:  August 1, 2002

Original Offense:  Voluntary Manslaughter - [18 USC 1153, 1112, and 2]

Original Sentence:  42 months custody; three years supervised release

Type of Supervision:  Supervised Release

Date Supervision Commences:  November 7, 2005

PETITIONING THE COURT

___ To extend the term of supervision for _____, for a total term of _____.

XX  To modify the conditions of supervision as follows:

The defendant shall continue to reside in a community confinement program, in the community correction's component with work release for a period not to exceed 60 days or until discharged by the United States Probation Office pursuant to 18 U.S.S.G. 3563 (b)(11).

## CAUSE

Mr. Robinson had requested a public law placement to transition to an environment away from Macy, Nebraska. There are multiple issues Mr. Robinson has yet to address and will enter residential treatment in late March or early April. He is agreeable to this placement and the Bureau of Prisons has approved an extended placement.

Respectfully submitted,

Todd M. Enger
U.S. Probation Officer

Reviewed by

John A. Hill, Supervising
U.S. Probation Officer

Date: March 6, 2006

## THE COURT ORDERS

____   No Action

____   The Extension of Supervision as noted above

__X__  The Modification of Conditions as noted above

____   Other

The Honorable Joseph F. Bataillon
Chief United States District Judge

Date 3/6/06

Prob 49
(Rev. 12/00)

# United States District Court

### District of Nebraska

### Waiver of Hearing to Modify Conditions of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervision. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following additional conditions:

**The defendant shall enter and participate in a community confinement program, in the community correction's component with work release for a period not to exceed 60 days or until discharged by the United States Probation Office pursuant to 18 U.S.S.G. 3563(b)(11).**

Witness: _[signature]_   Signed: _[signature]_
Todd M. Enger                Offender
U.S. Probation Officer

Date: _March 6, 2006_