IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:01CR174 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KAREEM LAKOTA ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Kareem Lakota Robinson appeared before the court on September 1, 2006 on a Petition for Summons for Offender Under Supervision [132]. The defendant was represented by Assistant Federal Public Defender David O'Neill, and the United States was represented by Assistant U.S. Attorney Douglas Semisch. The defendant denied allegations 1, 2 and 3. The government's motion for detention is overruled. The defendant was released on current conditions of supervision.

IT IS ORDERED:

1. The Federal Public Defender is appointed to represent the defendant.

2. A final disposition hearing in this matter is scheduled in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 1:00 p.m., on September 28, 2006.** Defendant must be present in person.

3. Defendant is released on current conditions of supervision.

Dated this 5th day of September, 2006.

BY THE COURT:

  s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge